No. 05M62.  TELFORD *v.* LUNDAHL; and

No. 05M63.  JEFFERSON *v.* HALL HOUSING INVESTMENTS, INC. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 04–723.  STEVEDORING SERVICES OF AMERICA ET AL. *v.* PRICE ET AL., 544 U. S. 960.  Renewed motion of respondent Arel Price for attorney's fees and costs referred to the United States Court of Appeals for the Ninth Circuit for adjudication.

No. 04–1414.  UNITED STATES *v.* GRUBBS.  C. A. 9th Cir. [Certiorari granted, 545 U. S. 1164.]  Motion of respondent for appointment of counsel granted.  Mark J. Reichel, Esq., of Sacramento, Cal., is appointed to serve as counsel for respondent in this case.

No. 04–1528.  RANDALL ET AL. *v.* SORRELL ET AL.;

No. 04–1530.  VERMONT REPUBLICAN STATE COMMITTEE ET AL. *v.* SORRELL ET AL.; and

No. 04–1697.  SORRELL ET AL. *v.* RANDALL ET AL.  C. A. 2d Cir. [Certiorari granted, 545 U. S. 1165.]  Motion of Norman Dorsen et al. for leave to file a brief as *amici curiae* granted.

No. 04–10566.  SANCHEZ-LLAMAS *v.* OREGON.  Sup. Ct. Ore.; and

No. 05–51.  BUSTILLO *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va. [Certiorari granted, *ante*, p. 1001.]  Motion of petitioners for divided argument granted.

No. 05–371.  GENERAL CONSTRUCTION CO. ET AL. *v.* CASTRO ET AL., *ante*, p. 1130.  Motion of respondent Robert Castro for attorney's fees and costs referred to the United States Court of Appeals for the Ninth Circuit for adjudication.

No. 05–5224.  DAVIS *v.* WASHINGTON.  Sup. Ct. Wash. [Certiorari granted, *ante*, p. 975.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 05–5705.  HAMMON *v.* INDIANA.  Sup. Ct. Ind. [Certiorari granted, *ante*, p. 976.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.